# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VINCENT DEPASQUALE,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 3:11-CV-00191-LRH-(RAM)

**ORDER**

    Plaintiff has submitted a motion to modify the court's order (#5), in which he asks for additional time to pay the initial partial filing fee. The court grants plaintiff's request.

    IT IS THEREFORE ORDERED that plaintiff's motion to modify the court's order (#5) is **GRANTED**. Plaintiff shall have through July 21, 2011, to pay the initial partial filing fee required in the court's order (#4).

    DATED this 12th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE