UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT DEPASQUALE, | ) | 3:11-cv-00191-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 28, 2012 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is defendants' "Motion to Stay Briefing Schedule on Plaintiff's Motion for Summary Judgment." (Doc. #32.)  Therein defendants seek a stay of thirty (30) days following the court's adoption or denial of the Magistrate's Report and Recommendation on defendants' pending Motion to Dismiss (Doc. #18).

A decision on the motion to dismiss, if granted, would be dispositive of this matter.  Therefore, defendants' Motion to Stay Briefing Schedule on Plaintiff's Motion (Doc. #32) is **GRANTED**.  Defendants' response to plaintiff's Motion for Summary Judgment (Doc. #30) shall be due **thirty (30) days** following the court's adoption or denial of the Magistrate's Report and Recommendation on defendants' Motion to Dismiss (Doc. #18).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
                Deputy Clerk