## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT DEPASQUALE, ) | 3:11-cv-00191-LRH-WGC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | February 28, 2012 |
| STATE OF NEVADA, *et al.*, ) | |
| Defendants. ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the Court is defendants' "Motion to Stay Briefing Schedule on Plaintiff's Motion for Summary Judgment." (Doc. #32.) Therein defendants seek a stay of thirty (30) days following the court's adoption or denial of the Magistrate's Report and Recommendation on defendants' pending Motion to Dismiss (Doc. #18).

A decision on the motion to dismiss, if granted, would be dispositive of this matter. Therefore, defendants' Motion to Stay Briefing Schedule on Plaintiff's Motion (Doc. #32) is **<u>GRANTED</u>**. Defendants' response to plaintiff's Motion for Summary Judgment (Doc. #30) shall be due **thirty (30) days** following the court's adoption or denial of the Magistrate's Report and Recommendation on defendants' Motion to Dismiss (Doc. #18).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk