UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| VINCENT DEPASQUALE, | ) | |
| Plaintiff, | ) ) ) | 3:11-cv-00191-LRH-WGC |
| v. | ) ) | O R D E R |
| STATE OF NEVADA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#34[1]) entered on April 27, 2012, recommending granting in part and denying in part Defendants' Motion to Dismiss (#18) filed on October 17, 2011. No objections were filed to the Report and Recommendation. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#34) entered on April 27, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#34)

---

[1] Refers to court's docket number.

entered on April 27, 2012, is adopted and accepted, and Defendant's Motion to Dismiss (#18) is **GRANTED in part and DENIED in part** as follows:

- Count 1 is **DISMISSED without prejudice** as to defendant **Martin**, but is allowed to **PROCEED** as to defendant **Robertson**.
- Count 2 is **DISMISSED without prejudice** as to defendants **McDaniel, Brooks** and **Endel**, but is allowed to **PROCEED** as to defendants **LeGrand, Scott** and **Poag**.
- Count 3 is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE