UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| VINCENT DEPASQUALE,           )<br>                                            )<br>    Plaintiff,                        )<br>                                            )<br>v.                                          )<br>                                            )<br>STATE OF NEVADA, *et al.*,     )<br>                                            )<br>    Defendants.                    )<br>_____) | 3:11-cv-00191-LRH-WGC<br><br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#35[1]) entered on April 27, 2012, recommending denying Plaintiff's Motion for Summary Judgment (#30) filed on February 17, 2012. No objections were filed to the Report and Recommendation. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#35) entered on April 27, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#35)

---

[1]Refers to court's docket number.

entered on April 27, 2012, is adopted and accepted, and Plaintiff's Motion for Summary Judgment (#30) is DENIED.

IT IS SO ORDERED.

DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE