UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| VINCENT DEPASQUALE, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00191-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#35[1]) entered on April 27, 2012, recommending denying Plaintiff's Motion for Summary Judgment (#30) filed on February 17, 2012. No objections were filed to the Report and Recommendation. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#35) entered on April 27, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#35)

---

[1] Refers to court's docket number.

entered on April 27, 2012, is adopted and accepted, and Plaintiff's Motion for Summary Judgment (#30) is DENIED.

IT IS SO ORDERED.

DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE