UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| VINCENT DEPASQUALE, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00191-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#63[1]) entered on September 18, 2012, recommending granting Defendant Robertson's Motion to Dismiss (#46) filed on July 6, 2012, and dismissing Defendant Robertson without prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#63) entered on September 18, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#63) entered on September 18, 2012, is adopted and accepted, and Defendant Robertson's Motion to Dismiss (#46) is GRANTED.

IT IS FURTHER ORDERED that Defendant Robertson is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE