1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                  * * * * *

9    VINCENT DEPASQUALE,                 )
                                         )
10              Plaintiff,               )        3:11-cv-00191-LRH-WGC
                                         )
11   v.                                  )
                                         )        O R D E R
12   STATE OF NEVADA, *et al.*,          )
                                         )
13              Defendants.              )
     _____)

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16   Cobb (#77[1]) entered on May 23, 2013, recommending granting Defendants' Motion for Summary

17   Judgment (#67) filed on December 7, 2012.  No objection to the Report and Recommendation has been

18   filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local

19   Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23   (#77) entered on May 23, 2013, should be adopted and accepted.

24   ///

25

26          [1]Refers to court's docket number.

1      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#77)

2  entered on May 23, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment

3  (#67) is GRANTED.

4      IT IS FURTHER ORDERED that summary judgment shall be entered in favor of Defendants.

5      IT IS SO ORDERED.

6      DATED this 29th day of June, 2013.

7

8  _____

9  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26