AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

VINCENT DEPASQUALE,

    Plaintiff,

V.

STATE OF NEVADA,
ex rel. NDOC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:11-cv-00191-LRH-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#67) is GRANTED. Summary judgment is entered in favor of Defendants.


July 3, 2013                                                     **LANCE S. WILSON**
                                                                                Clerk


                                                                                /s/ K. Rusin
                                                                                Deputy Clerk