AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

VINCENT DEPASQUALE,

         Plaintiff,               JUDGMENT IN A CIVIL CASE

   V.

                                  CASE NUMBER:   3:11-cv-00191-LRH-WGC

STATE OF NEVADA,
ex rel. NDOC, et al.,

         Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#67) is GRANTED.  Summary judgment is entered in favor of Defendants.

   July 3, 2013                             **LANCE S. WILSON**
                                           Clerk

                                         /s/ K. Rusin
                                         Deputy Clerk